SADDLER v. SCOTT.

No. 4665—Opinion Filed April 24, 1917.

(164 Pac. 778.)

(Syllabus by the Court.)

**Appeal and Error — Want of Prosecution—Brief—Rule of Court—Dismissal.**

Where plaintiff in error fails to file brief as required by rule 7 of this court (38 Okla. vi, 95 Pac. vi), the appeal will be dismissed for want of prosecution.

Action between J. Le Roy Saddler and E. F. Scott. Judgment for the latter, and the former brings error. Appeal dismissed.

OWEN, J. The petition in error and case-made were filed in this court December 19, 1912. The plaintiff in error has failed to file brief as required by rule 7 of this court (38

Okla. vi, 95 Pac. vi). For failure to comply with this rule this appeal is dismissed for want of prosecution.

All the Justices concur.